

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| BILL MURRAY, | § | No. 08-12-00122-CV |
| Appellant, | § | Appeal from the |
| v. | § | 327th District Court |
| MARCO ALVARADO, | § | of El Paso County, Texas |
| Appellee. | § | (TC# 2010-822) |
| | § | |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. We further order that Appellee recover from Appellant and his sureties, if any, *see* TEX. R. APP. P. 43.5, on the judgment and all costs, both in this Court and the court below, for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 23RD DAY OF JULY, 2014.

GUADALUPE RIVERA, Justice

Before Rivera, J., Rodriguez, J., and Larsen, J. (Senior Judge)
Larsen, J. (Senior Judge), sitting by assignment